

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2015

No. 04-14-00882-CR

Darius **DUKES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-12-040
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On March 12, 2015, appellant's court-appointed attorney, Mr. Patrick Maguire, filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has informed the appellant of his right to file his own brief and obtain a copy of the record. *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). On March 20, 2015, the State filed a letter waiving its right to file an appellee's brief unless the appellant files a pro se brief.

Despite requests from the clerk of this court that he do so, Mr. Maguire did not provide appellant with a copy of the record or provide him with a form motion requesting access to the record from this court as required by the Court of Criminal Appeals in *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).[1] Therefore, appellant may obtain a copy of the appellate record by filing a pro se motion for access to the appellate record, <u>not later than April 14, 2015</u>, with the clerk of this court, addressed to Clerk, Fourth Court of Appeals, 300 Dolorosa St., Suite 3200, San Antonio, Texas 78205. If appellant files a written request for the record with this court, the clerk of this court is ORDERED to immediately send a copy of the record to appellant.

If the appellant does not request access to the record, but still desires to file a pro se brief, he must do so <u>no later than April 27, 2015</u>. *See Bruns*, 924 S.W.2d at 177 n.1. If appellant requests access to the record, this briefing deadline will be reset.

---

[1] Mr. Maguire is cautioned that in the future he either provide his client with a copy of the record or a form motion for his client to file with this court accompanied by instructions to sign and where to file such motion.

If the appellant files a pro se brief, the State may file a responsive brief no later than thirty days after the date the appellant's pro se brief is filed in this court. It is further ORDERED that the motion to withdraw, filed by Mr. Maguire, is HELD IN ABEYANCE pending further order of the court.

We further ORDER the clerk of this court to serve a copy of this order on appellant, Mr. Maguire, the attorney for the State, and the clerk of the trial court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2015.

Keith E. Hottle
Clerk of Court